# Court of Appeals
# of the State of Georgia

ATLANTA,___October 29, 2015_____

*The Court of Appeals hereby passes the following order:*

**A16A0208.  ROSCOE POWERS v. THE STATE.**

The trial court denied pro se inmate Roscoe Powers's motion for an out-of-time appeal on March 4, 2015.  Powers filed his notice of appeal on April 17, 2015.  We lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days of entry of the order on appeal.  See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Because Powers filed his notice of appeal 44 days after entry of the order he seeks to appeal, it is untimely.  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.

We note that the record shows that Powers may not have timely received a copy of the final order from the trial court.  If so, his remedy is to petition the trial court to vacate and re-enter the order as a means of correcting the problem.  See *Cambron v. Canal Ins. Co.*, 246 Ga. 147, 148-149 (1) (269 SE2d 426) (1980).  The re-entry of the order would begin anew the time for filing a notice of appeal.  See *Cambron*, supra.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____10/29/2015_____*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*